

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2015

No. 04-15-00502-CR

Charles M. **FINCH,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5558
Honorable N. Keith Williams, Judge Presiding

# O R D E R

    The clerk's record was due October 2, 2015, but was not filed. On October 2, 2015, the district clerk of Kendall County filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

    We **order** appellant Charles M. Finch to provide written proof to this court on or before October 16, 2015 that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court